■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW YOUNG, Appellant. [642 NYS2d 538] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 31, 1994 (*People v Young,* 204 AD2d 751), affirming a judgment of the Supreme Court, Kings County, rendered July 25, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Copertino, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS CASTRO, True Name MARIO BRAVO, Petitioner, v JOSEPH JABLONSKY et al., Respondents. [642 NYS2d 539] —Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County Indictment No. 94195.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Rosenblatt, J. P., Thompson, Pizzuto and Hart, JJ., concur.